IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES MOORE, JESSE MOORE ROBERT DUNN and RALPH BOHANON Individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>K.B. SAND, INC., CHANCE MITCHELL, and HALEY MITCHELL<br><br>*Defendants*. | Civil Action No. 17-CIV-333-M |

## ORDER

Before the Court is the parties' Amended Joint Motion to Approve FLSA Settlement filed July 31, 2018. Having reviewed the motion and for good cause shown, the Court GRANTS the motion [docket no. 84]. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute. The parties have a bona fide dispute on several issues, including liability, applicable defenses, and the appropriate damages, if any. The settlement is a fair and reasonable universal resolution of the case and was negotiated at arms-length with the assistance of qualified counsel.

IT IS THEREFORE ORDERED that the Settlement Agreement submitted to the Court under seal is approved in its entirety. All payments as described in the Settlement Agreement are hereby approved, including the payments to the FLSA opt-in plaintiffs, Plaintiffs' Counsel's fees and costs, and the incentive awards to the Named Plaintiffs. All opt-in class members and the Named Plaintiffs who cash their respective settlement checks are deemed to have released their claims pursuant to the Settlement Agreement. Any opt-in class

members or Named Plaintiff who does not cash their settlement check will not release any claims against the Defendants and such money will revert to the Defendants. The parties are hereby ordered to follow all procedures and make all payments as set forth in the Settlement Agreement.

The Court retains jurisdiction over the parties and the Settlement Agreement for the purposes of enforcing the agreement should any controversy arise about the terms of the Settlement Agreement or any party's performance of its obligations under the Settlement Agreement.

**IT IS SO ORDERED** this 3rd day of August, 2018.

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE